DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3104

[April 17, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan and Dennis Bailey, Judges; L.T. Case No. 17012947CF10A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly Tollett Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Garcia v. State*, 308 So. 3d 1031 (Fla. 4th DCA 2020).

WARNER, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***